# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: AUDIOCOM, LLC, A CORPORATION | §   Case No. 15-11680-ABL |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Brian Shapiro, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $40.00 | Assets Exempt: $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $747,682.09 | Claims Discharged Without Payment: $3,774,027.91 |
| Total Expenses of Administration: $82,438.26 | |

3) Total gross receipts of $ 830,120.35 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $830,120.35 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,438.26 | 82,438.26 | 82,438.26 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,311.25 | 4,569,702.86 | 4,518,836.00 | 747,682.09 |
| **TOTAL DISBURSEMENTS** | $55,311.25 | $4,652,141.12 | $4,601,274.26 | $830,120.35 |

4) This case was originally filed under Chapter 7 on March 26, 2015. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2018                By:  /s/Brian Shapiro
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Various Claims against Former Principals, etc. | 1249-000 | 5,000.00 |
| Net Recoveries from Litigation with Centurylink | 1249-000 | 825,120.35 |
| **TOTAL GROSS RECEIPTS** | | $830,120.35 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Shapiro | 2100-000 | N/A | 44,756.02 | 44,756.02 | 44,756.02 |
| Trustee Expenses - Brian Shapiro | 2200-000 | N/A | 2,231.13 | 2,231.13 | 2,231.13 |
| Other - ATKINSON LAW ASSOCIATES, P.C. | 3210-000 | N/A | 22,214.00 | 22,214.00 | 22,214.00 |
| Other - ATKINSON LAW ASSOCIATES, P.C. | 3220-000 | N/A | 888.30 | 888.30 | 888.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – PAUL HEALEY | 3410-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – PAUL HEALEY | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,301.33 | 1,301.33 | 1,301.33 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,119.40 | 1,119.40 | 1,119.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,233.48 | 1,233.48 | 1,233.48 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,154.61 | 1,154.61 | 1,154.61 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,114.52 | 1,114.52 | 1,114.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,266.48 | 1,266.48 | 1,266.48 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,072.89 | 1,072.89 | 1,072.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,147.98 | 1,147.98 | 1,147.98 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,108.12 | 1,108.12 | 1,108.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $82,438.26 | $82,438.26 | $82,438.26 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 837.25 | 208.52 | 0.00 | 0.00 |
| 2 | Qwest Communications, nka CenturvLink Comm. | 7100-000 | N/A | 4,518,836.00 | 4,518,836.00 | 747,682.09 |
| 3 | DAVID GOODALE | 7100-000 | 31,600.00 | 31,975.00 | 0.00 | 0.00 |
| 4 | Ted Shpack | 7200-000 | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
| 5 | Warren R. Jason | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 6 -2 | Warren R. Jason | 7200-000 | 10,000.00 | 8,683.34 | 0.00 | 0.00 |
| NOTFILED | GREENE ESPEL, PLLP | 7100-000 | 1,441.70 | N/A | N/A | 0.00 |
| NOTFILED | GREENE ESPEL, PLLP | 7100-000 | 1,432.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,311.25 | $4,569,702.86 | $4,518,836.00 | $747,682.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-11680-ABL | Trustee: (007422) Brian Shapiro |
| Case Name: AUDIOCOM, LLC, A CORPORATION | Filed (f) or Converted (c): 03/26/15 (f) |
| | §341(a) Meeting Date: 05/01/15 |
| Period Ending: 09/24/18 | Claims Bar Date: 11/09/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA BANK ACCOUNT 1647 In debtor's po | 40.00 | 40.00 | | 0.00 | FA |
| 2 | Various Claims against Former Principals, etc. (u) Debtor has several claims against the former prinicpals and other persons and entities, including avoidance claims. Motion to sell claims to Qwest Comm. filed 9/8/15. Dkt. 32. Order entered 10/21/15. Dkt. 37 | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 3 | Net Recoveries from Litigation with Centurylink (u) Estate entitled to 50% of any net recoveries from litigation involving debtor and Centurylink. Order entered 10-21-15. Dkt. 37 | 0.00 | 825,120.35 | | 825,120.35 | FA |
| 3 | **Assets** **Totals** (Excluding unknown values) | **$40.00** | **$830,160.35** | | **$830,120.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

8-1-18 Review for TDR

7-19-18 (BS) court orally granted tfr -

6-12-18 NFR FILED; HRG SET 7-19

6-8-18 TFR FILED

5-29-18 (BS) TFR reviewed, signed and being submitted to UST

5-29-18 (cb) order entered approving comp for Healey

5-25-18 (cb) filed app and order for compensation for Healey

5-24-18 (cb) BS took app and order to UST for signature

4-17-18 (cb) rec'd email from Sam at Healey's office with Final Estate tax return. Need to draft app to pay

3-14-18 - follow up to healey on finzling tax return - awaiting 2017 return - heard from healey he is finalizing

1-24-18 (cb) order entered approving comp for Healey; will pay out of TFR along with final return fees

1-24-18 (cb) filed app for compensation for Healey for 2016 estate return

1/2/18 (cb) Healey doesn't have 2017 tax software yet in order to complete estate taxes

12/29/17 (cb) rec'd signed order for compensation for Healey

12/13/17 (cb) emailed ex parte app for compensation for Healey for 2016 return

11/28/17 (cb) emailed e-sign authorization form to Healey for 2016 estate tax return

11-16-17 (BS) signed 2016 return -need 2017 tax return

7-11-17 (BS) Per Paul need to file tax returns for 2017 so can't close or do TFR until that is done.

7-7-17 (BS) notification of UST regarding receipt of funds

7-7-17 (BS) signed fee app review, emailed back to RA

7-7-17 (BS) reviewed email from RA re supplmental fee app (qd)

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-11680-ABL | Trustee: (007422) Brian Shapiro |
| Case Name: AUDIOCOM, LLC, A CORPORATION | Filed (f) or Converted to (c): 03/26/15 (f) |
| | §341(a) Meeting Date: 05/01/15 |
| Period Ending: 09/24/18 | Claims Bar Date: 11/09/15 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

6-22-17 (BS) email from BS to Healey - Please note that I will soon need to get tax returns filed in this case and figure out any liability.

6-22-17 (BS) email from BS to RA - Wonderful, please get your final fee app done so we can try to rush this one through.  Thanks, (Qd)

6-22-17 (BS) email from RA via Doug Marsh - Qwest has received the settlement payment from Defendants.

4-3-17 (BS) reviewed - need to await decision in Adversary case - trial should be forthcoming.

2-22-17 (BS) noted appeal of order on reconsideration, pulled transcript from motion and reviewed misc docs in adversary case, appears the appeal relates to the objectino to Qwests claim and the dismissial with prejudice of such claim - sent email to RA with copy of transcript from original order - The appeal pertains to the denial of goodale defendant's objection to claim in the adversary…court found that they lacked standing and did not reconsider his decision as stated herein. (qd)

1-31-17 (bs) depositino on 1-30-17 appears they are going to file motion to set aside order on sale. spoke with RA re strategy

10-3-16 (BS) email from Cinda Fernald - receipt of email from bs - Thank you very much, Mr. Shapiro.  And I apologize for not going through the Estate's counsel to make this request, as I see now that he was copied on your waiver email to Doug Marsh.  (qd)

10-3-16 (BS) t/c Cinda Fernald- general counsel of GARVEY SCHUBERT BARER  - requested to confirm that I waived privilege - confirmed by email

9-30-16 (BS) email from C. Fernald re waiver of privilege

9-26-16 (BS) email confirmatino from Sean (qd) = Confirmed receipt. Thank you. (qd)

9-26-16 (BS) email to Sean with waiver (qd)

9-26-16 (bs) t/c  Sean Clergert of Arent Fox  - supoena from Quest Communication - wanted confirmation that  I waived the privilege

8/23/16 (cb) Healey's check cut and mailed

8/17/16 (cb) order entered approving compensation for Healey

8/8/16 (cb) filed app for compensation for Healey

7/27/16 (cb) order entered employing Healey

7/25/16 (cb) filed ex parte app to employ Healey

6/13/16 (cb) rec'd 2015 estate tax returns; sent back e-file authorization to Healey

5-16-16 - email from B Shap to D Marsh re atty client priviledge waiver (Qd)

5-16-16 email from D MArsh re atty client pribledge waiver (qd)

5-16-16 - email from R Atkinson re ok to waive priv (qd)

5-16-16 - email from BS to RA re request for opinion on waive pri (qd)

12/1/15 (cb) order entered approving Atkinson's fees and expenses; per order, RA to get $2000 from TFR, however, if estate rec's more money then the balance will be paid through an amended TFR.

10-23-15 (cd)  Recv'd Ck # 332467 for $5,000.00 from Armstrong Teasdale via Robert Atkinson.  Gave to CB.

10/21/15 (cb) order entered approving motion to sell a/r's to Qwest; per order estate can't close until 6/2016, Qwest might be collecting another $200 - 300k

9-8-15 (BS) review motion to sell and dec in support of sale to Qwest - sign and return to R. atkinson via email (qd)

7/13/15 (cb) UPDATE: Atkinson waiting for response from Qwest re purchase of claims against principal

5/29/15 Meeting Results: CONCLUDED ASSET: CLAIMS AGAINST PRINCIPAL

5/1/15 Meeting Results: CONTINUED TO 5/29 @ 11 FOR LIST OF DOCS

4-29-15 - (BS) t/c Cathy at D-M; representing Quest and Century Linking -

4-29-15 (BS) t/c J. Shea forwarded him petition; he will review information (qd)

4-27-15 (BS) email from Robert to BS re reviewing case (qd)

4-27-15 (BS) email to Robert and Cathy re inquring into case (qd)

4-25-15 - (BS) spoke with Jim Shea and inquired about being local counsel for D-M, in avoidance actions in this case, told him I don't know anything about it.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 15-11680-ABL |
| Case Name: | AUDIOCOM, LLC, A CORPORATION |
| Period Ending: 09/24/18 | |

| | |
|---|---|
| Trustee: | (007422)   Brian Shapiro |
| Filed (f) or Converted (c): | 03/26/15 (f) |
| §341(a) Meeting Date: | 05/01/15 |
| Claims Bar Date: | 11/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | May 31, 2016 | |
| Current Projected Date Of Final Report (TFR): | June 8, 2018  (Actual) | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 15-11680-ABL
Case Name: AUDIOCOM, LLC, A CORPORATION

Taxpayer ID #: **-***9621
Period Ending: 09/24/18

Trustee: Brian Shapiro (007422)
Bank Name: Rabobank, N.A.
Account: ******1566 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/15 | {2} | Armstrong Teasdale | Turnover of sale proceeds per order entered 10/21/15. Dkt. 37 | 1249-000 | 5,000.00 | | 5,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,930.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,920.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,910.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,900.00 |
| 08/23/16 | 101 | PAUL HEALEY | Accountant fees per order entered 8/17/16. Dkt. 87 | 3410-000 | | 500.00 | 4,400.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,390.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,380.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,370.00 |
| 06/30/17 | {3} | Century Telephone Enterprises | Turnover of 50% of litigation recovery per order entered 10-21-15. Dkt. 37 | 1249-000 | 825,120.35 | | 829,490.35 |
| 08/17/17 | 102 | ATKINSON LAW ASSOCIATES, LTD. | Attorney fees per order entered 8-10-17. Dkt. 118 | 3210-000 | | 22,214.00 | 807,276.35 |
| 08/17/17 | 103 | ATKINSON LAW ASSOCIATES, LTD. | Attorney expenses per order entered 8-10-17. Dkt. 118 | 3220-000 | | 888.30 | 806,388.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,301.33 | 805,086.72 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,119.40 | 803,967.32 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,233.48 | 802,733.84 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,154.61 | 801,579.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,114.52 | 800,464.71 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,266.48 | 799,198.23 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,072.89 | 798,125.34 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,147.98 | 796,977.36 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,108.12 | 795,869.24 |
| 07/31/18 | 104 | Brian Shapiro | Dividend paid 100.00% on $44,756.02, Trustee Compensation;  Reference: | 2100-000 | | 44,756.02 | 751,113.22 |
| 07/31/18 | 105 | Brian Shapiro | Dividend paid 100.00% on $2,231.13, Trustee Expenses;  Reference: | 2200-000 | | 2,231.13 | 748,882.09 |
| 07/31/18 | 106 | PAUL HEALEY | Dividend paid 100.00% on $1,200.00, | 3410-000 | | 1,200.00 | 747,682.09 |

Subtotals :  $830,120.35  $82,438.26

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 15-11680-ABL | |
| Case Name: | AUDIOCOM, LLC, A CORPORATION | |
| | | |
| Taxpayer ID #: | **-***9621 | |
| Period Ending: | 09/24/18 | |

| | |
|---|---|
| Trustee: | Brian Shapiro (007422) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******1566 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Accountant for Trustee Fees (Other Firm);<br>Reference: | | | | |
| 07/31/18 | 107 | Qwest Communications, nka<br>CenturyLink Comm. | Dividend paid  16.54% on $4,518,836.00;<br>Claim# 2; Filed: $4,518,836.00; Reference: | 7100-000 | | 747,682.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **830,120.35** | **830,120.35** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **830,120.35** | **830,120.35** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$830,120.35** | **$830,120.35** | |

| | |
|---|---|
| Net Receipts : | 830,120.35 |
| Net Estate : | $830,120.35 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1566** | 830,120.35 | 830,120.35 | 0.00 |
| | **$830,120.35** | **$830,120.35** | **$0.00** |